UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHERMOND ESTEEN                              CIVIL ACTION

VERSUS                                       NO: 13-5419

JAMES M. LEBLANC, et al.                     SECTION: R(2)

### ORDER AND REASONS

Before the Court is plaintiff Shermond Esteen's prisoner complaint brought under 42 U.S.C. § 1983,[1] the Magistrate Judge's Report and Recommendation ("R&R"),[2] and Esteen's objection to the R&R.[3] The Magistrate Judge recommends that the Court dismiss Esteen's claims that he was falsely charged and disciplined, that the disciplinary rule under which he was charged is unconstitutional, and that he received inadequate medical care, but recommends that the Court permit his excessive force claim to proceed.[4] Esteen objects to dismissal of his claims that he was falsely charged and disciplined and that the disciplinary rule is unconstitutional.[5] He does not object to dismissal of his claim that he received inadequate medical treatment.[6]

---

[1] R. Doc. 1.

[2] R. Doc. 25.

[3] R. Doc. 26.

[4] R. Doc. 25 at 27.

[5] R. Doc. 26 at 3-11.

[6] *See id.*

The Court, having reviewed *de novo* the petition, the record, the applicable law, the R&R and Esteen's objection to the R&R, hereby approves the R&R and adopts it as its opinion. Accordingly, the Court DISMISSES Esteen's claims that he was falsely charged and disciplined, that the disciplinary rule under what he ws charged is unconstitutional, and that he received inadequate medical care.

New Orleans, Louisiana, this  11th  day of August, 2014.

_____*Sarah Vance*_____

**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**