UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHERMOND ESTEEN                                CIVIL ACTION

VERSUS                                         NO: 13-5419

JAMES M. LEBLANC ET AL.                        SECTION: R (2)

**ORDER**

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Report and Recommendation and adopts it as its opinion.

Accordingly, defendant's motion for summary judgment with respect to Esteen's Section 1983 claim for excessive force against Lieutenant Anthony Odom is GRANTED, and Esteen's claim is DISMISSED WITHOUT PREJUDICE. To the extent Esteen asserts a state law battery claim under Louisiana law, it is DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this __2nd__ day of December, 2014.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 39.